9864    UNITED STATES v. SELJAN

# APPENDIX A



GOD PUT ME ON EARTH
TO ACCOMPLISH A
CERTAIN NUMBER OF
THINGS. RIGHT NOW
I AM SO FAR BEHIND
I WILL NEVER DIE.

November 20, 2002

My Dear ▓▓▓▓:

I received your letter , but you did not date your letter.
Yes, Honey, I like little girls like you, but you did not
send me a picture of your-self.

I wonder who helped you write that letter to me. For only
8 yrs old, you do have a very nice handwritting.

To-day we are sending a large box of many things for the
whole family. In that box is some candy and a special bag
of Chocalate for you and it has your name on the box, so
please let me know that you received this box.
I'm not coming to Manila in December and I'm not sure when
I'll be coming, But I'll let you know the date for sure, Coz
I do want to see you, so please send me a picture of your-self
in your next letter. I know at your age that your "PEANUT"
smells like "SWEET" Roses. That box, cantans lots of clothes
ans some might fit you.
Here's ₱500.00 for some extra things that you need.
Now, I'll wait for your answer real soon.

Lots of Love & more.

Johnnie

All the girls I know call
me ".JOHNNIE" that keeps me young.